United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,

    Plaintiff,

v.

STATE OF NEVADA, *et al.*,

    Defendants.
_____/

No. C-11-3567 DMR

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

    The Initial Case Management Conference previously scheduled for October 26, 2011 at 1:30 p.m. is hereby CONTINUED to **November 30, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **November 23, 2011.** Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the Court.

    IT IS SO ORDERED.

Dated: October 17, 2011

DONNA M. RYU
United States Magistrate Judge