United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   PATRICK A MISSUD,                          No. C-11-3567  (DMR)

12            Plaintiff(s),                      **ORDER TO SHOW CAUSE**

13        v.

14   NEVADA STATE OF,

15            Defendant(s).
     _____/
16

17        Plaintiff has brought suit pursuant to 42 U.S.C. § 1983 against several defendants, including

18   Special Magistrate Curtis Coltrane of Beaufort County, South Carolina; Court Clerk Steven Grierson

19   and Judge Elizabeth Gonzales of the Clark County Courts of Nevada; Discovery Commissioner

20   Bonnie Bulla of Nevada's Eighth Judicial District Court; Chief Justice Nancy M. Saiita and Justices

21   Michael L. Douglas, James W. Hardesty, Kristina Pickering, Mark Gibbons, Michael Cherry, and

22   Ron Parraguirre of the Supreme Court of Nevada; San Francisco Superior Court Judges Charlotte

23   Woolard and Loretta Giorgi; Judge Saundra Armstrong of the U.S. District Court for the Northern

24   District of California; Judge Roger Hunt of the U.S. District Court for the District of Nevada; and

25   Judge Roger Benitez of the U.S. District Court for the Southern District of California. (Am. Compl.

26   6-22.)  The court hereby ORDERS Plaintiff to SHOW CAUSE no later than December 9, 2011 why

27   the court should not dismiss the claims against the above Defendants on grounds of judicial

28   immunity.

1        Plaintiff shall serve a copy of this order on all Defendants and file a proof of service with the

2    Court.

3

4        IT IS SO ORDERED.

5

6    Dated: December 5, 2011

7    _____

8    DONNA M. RYU
    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28