UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,

         Plaintiff(s),

   v.

NEVADA STATE OF,

         Defendant(s).

No. C-11-03567 (DMR)

**ORDER TO SHOW CAUSE**

Plaintiff Patrick Missud filed this action on July 20, 2011. To date, he has not properly served Defendants State of Nevada; Susan Eckhardt; David Sarnowski; Nevada State Bar; Constance Akridge; Nevada Supreme Court; Eighth Judicial District Court of County of Clark; Special Magistrate Curtis Coltrane of Beaufort County, South Carolina; Court Clerk Steven Grierson and Judge Elizabeth Gonzales of the Clark County Courts of Nevada; Discovery Commissioner Bonnie Bulla of Nevada's Eighth Judicial District Court; Chief Justice Nancy M. Saiita and Justices Michael L. Douglas, James W. Hardesty, Kristina Pickering, Mark Gibbons, Michael Cherry, and Ron Parraguirre of the Supreme Court of Nevada; San Francisco Superior Court Judges Charlotte Woolard and Loretta Giorgi; Judge Saundra Armstrong of the U.S. District Court for the Northern District of California; Judge Roger Hunt of the U.S. District Court for the District of Nevada; and Judge Roger Benitez of the U.S. District Court for the Southern District of California. According to Rule 4(m) of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The 120-day deadline passed on November 17, 2011. The

1 court therefore ORDERS Plaintiff to Show Cause by January 3, 2012 why the court should not
2 dismiss the aforementioned Defendants.

4       IT IS SO ORDERED.

6 Dated: December 22, 2011

                                              DONNA M. RYU
                                              United States Magistrate Judge

**United States District Court**
For the Northern District of California